# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

|  |  |  |
|---|---|---|
| TRANS-HIGH CORPORATION, INC. <br> d/b/a High Times | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) <br> ) | Case No. <br><br> COMPLAINT |
| v. | ) <br> ) | |
| PAUL WESTEN and <br> HIGH TIMES TRAVEL, LLC, | ) <br> ) | JURY TRIAL DEMANDED |
| Defendants. | ) <br> ) <br> ) | |

Plaintiff, Trans-High Corporation, Inc. d/b/a High Times (hereinafter "Plaintiff") for its Complaint against Defendants, High Times Travel, LLC ("High Times Travel") and Paul Westen ("Westen") (collectively, "Defendants") hereby alleges as follows:

## NATURE OF ACTION

1.    Plaintiff brings this action for (i) trademark infringement in violation of § 32(1) of the Lanham Trademark Act (the "Lanham Act"), 15 U.S.C. § 1114(1); (ii) false representations, descriptions and designations of origin in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a);  (iii) trademark cyberpiracy under the Trademark Cyberpiracy Prevention Act, in violation of Section 43(d)(1), 15 U.S.C. § 1125(d)(1) of the

- 1

VANDEBERG JOHNSON & GANDARA, LLP <br> ATTORNEYS AT LAW <br> ONE UNION SQUARE, SUITE 2424 <br> 600 UNIVERSITY STREET <br> SEATTLE, WASHINGTON  98101-1192 <br> (206) 464-0404 (SEATTLE) <br> FACSIMILE (206) 464-0484

Lanham Act; (iv)  unfair methods of competition and trade practices in business and fraudulent misrepresentation in violation of the Washington Consumer Protection Act, R.C.W. § 19.86.020; (v)  unfair competition in violation of the common law of the State of Washington; and (vi) trademark infringement in violation of the common law of the State of Washington.

2.      For many years, Plaintiff has marketed its well-known counter-culture publication HIGH TIMES magazine and various goods and services related to the subject of cannabis, drug law reform and alternative lifestyles, under its distinctive HIGH TIMES and related trademarks.  Plaintiff has also organized cannabis-themed festivals and events and has authorized others to use Plaintiff's marks in the promotion and rendering of travel-related services in connection with such festivals and events.  In an attempt to profit from the good will Plaintiff has developed in its HIGH TIMES brand and to confuse and mislead the consuming public into believing that Defendants are affiliated with or endorsed by Plaintiff, Defendants have willfully infringement those marks adopting the name High Times Travel, LLC to promote cannabis-themed vacation and travel packages through the website www.hightimestravel.com.

3.      Plaintiff brings this action for damages and injunctive relief, among other reasons, (i) to prevent Defendants from infringing Plaintiff's trademarks; (ii) to prevent Defendants from registering, trafficking in and/or using an internet domain name www.hightimestravel.com (the "Domain Name"), which is nearly identical to and incorporates Plaintiff's registered trademarks, with a bad faith intent to profit therefrom; (iii) to obtain damages and other appropriate relief resulting from the violations as set forth herein.

## JURISDICTION AND VENUE

4.      This Court has jurisdiction over the claims arising under the Lanham Act pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338.

5.      This Court has supplemental jurisdiction over the claims arising under the laws

- 2

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
ONE UNION SQUARE, SUITE 2424
600 UNIVERSITY STREET
SEATTLE, WASHINGTON  98101-1192
(206) 464-0404 (SEATTLE)
FACSIMILE (206) 464-0484

1 | of the State of Washington pursuant to 28 U.S.C. § 1367.

2 |      6.     Venue is proper pursuant to 28 U.S.C. § 1391 because one or more of the

3 | Defendants resides in this District.

4 | **THE PARTIES**

5 |      7.     Plaintiff is a corporation organized and existing under the laws of the State of

6 | New York with offices located at 250 West 57th Street, Suite 920, New York, New York

7 | 10107.

8 |      8.     Plaintiff is engaged, inter alia, in the business of publishing HIGH TIMES

9 | magazine, organizing and hosting cannabis-themed festivals, seminars, contests and other

10 | events throughout the United States and around the world, and in merchandising and selling a

11 | wide variety of related goods and services.

12 |      9.     Upon information and belief, High Times Travel, LLC is limited liability

13 | company with offices located at 1420 5th Avenue, Seattle, WA 98101.

14 |      10.     Upon information and belief, High Times Travel is engaged in the business of

15 | promoting and selling cannabis-themed vacation packages via its Internet website,

16 | www.hightimestravel.com.

17 |      11.     Upon information and belief, Westen is a principal of High Times Travel with

18 | an email address at PaulWeston@Outlook.com.

19 | **FACTUAL BACKGROUND**

20 |      *A.  Plaintiff's Business and Trademarks*

21 |      12.     Plaintiff has been publishing HIGH TIMES magazine, a monthly periodical,

22 | since 1974.  HIGH TIMES magazine is widely recognized as the largest and most influential

23 | publication in the world covering hemp counterculture, and focusing on the medical and

24 | recreational uses of marijuana and the reformation of drug laws.  Celebrities such as Arnold

25 | Schwarzenegger, Oliver Stone, Bob Dylan, Jerry Garcia, Jimmy Buffet, Jack Black, Sacha

26 | Baron Cohen, Woody Harrelson, Mick Jagger and Bob Marley have been featured on the

- 3

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
ONE UNION SQUARE, SUITE 2424
600 UNIVERSITY STREET
SEATTLE, WASHINGTON 98101-1192
(206) 464-0404 (SEATTLE)
FACSIMILE (206) 464-0484

cover of the magazine and some of the leading literary and cultural voices of the 20th Century,
such as writers William S. Burroughs, Truman Capote, Hunter S. Thompson, screenwriter
Bruce Jay Friedman, visual artist Andy Warhol, musicians Frank Zappa, Joey Ramone and
Peter Tosh and political activist Jerry Rubin, among many others, have contributed material to
the publication.

13.     In 2008, Plaintiff launched a digital edition of the HIGH TIMES magazine via
the Internet website, www.hightimes.com, further expanding the magazine's distribution and
notoriety both domestically and abroad.

14.     In addition to use in connection with the magazine, Plaintiff has also
consistently used the HIGH TIMES name and trademarks in connection with the promotion,
provision and sale of a wide variety of goods and services which consumers have come to
associate with Plaintiff and the HIGH TIMES magazine.  Plaintiff has marketed, promoted
and sold these goods and services through various channels including its magazine, which is
distributed domestically and internationally, and through the HIGHTIMES.COM website,
originally launched in 1996.

15.     Plaintiff is the owner of trademark registrations for HIGH TIMES and related
marks (hereinafter the "HIGH TIMES Marks") on the Principal Register of the United States
Patent & Trademark Office, including the following:

| MARK | REG. NO. | REG. DATE | GOODS/SERVICES |
|---|---|---|---|
| HIGH TIMES | 4069371 | 12/13/11 | Class 9: Electrical apparatus, namely, pre-recorded audio recordings featuring music; pre-recorded video recordings about hemp<br>Class 16: Magazines about hemp<br>Class 25: For sweatshirts, caps |
| HIGH TIMES | 1883561 | 3/14/95 | Class 16: Magazines about hemp |
| HIGH TIMES | 2766982 | 9/23/03 | Class 16: Posters<br>Class 25: Jackets |
| HIGH TIMES | 2386838 | 9/19/00 | Class 25: T-shirts |
| HIGH TIMES | 3025055 | 12/13/05 | Class 41: Entertainment services in the nature of production and distribution of motion picture |

- 4

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
ONE UNION SQUARE, SUITE 2424
600 UNIVERSITY STREET
SEATTLE, WASHINGTON 98101-1192
(206) 464-0404 (SEATTLE)
FACSIMILE (206) 464-0484

| MARK | REG. NO. | REG. DATE | GOODS/SERVICES |
|------|----------|-----------|----------------|
| | | | films |
| HIGH TIMES | 2856379 | 6/22/04 | Class 9: Electrical apparatus, namely, pre-recorded phonograph records, compact discs, audio and video cassettes, and dvds featuring music. |
| HIGH TIMES & PHOENIX LOGO | 3815134 | 7/6/10 | Class 16: Posters Class 25: Shirts, t-shirts |
| HIGH TIMES COMEDY | 3515068 | 10/14/08 | Class 41: Entertainment services in the nature of live comedy |

16.     Plaintiff also owns registrations for cannabis-related marks on the Principal

Register of the United States Patent & Trademark Office, including the following:

| MARK | REG. NO. | REG. DATE | GOODS/SERVICES |
|------|----------|-----------|----------------|
| CANNABIS CUP | 2289974 | 11/2/99 | Class 16: Books in the field of cannabis Class 25: Clothing, namely t-shirts |
| CANNABIS CUP | 2581279 | 6/18/02 | Class 35: Organization and arrangement of conventions and fairs in the field of cannabis Class 41: Organization and arrangement of exhibitions, harvest festivals featuring a variety of activities, namely art and craft exhibitions, organization and arrangement of educational and instructional seminars and conferences in the field of cannabis; organization and arrangement of exhibitions for educational, cultural and entertainment purposes in the field of cannabis |
| MEDICAL CANNABIS CUP | 4272627 | 1/8/13 | Class 16: Series of books about hemp; posters Class 25: T-shirts, sweatshirts, caps |
| MEDICAL CANNABIS CUP | 4259895 | 12/18/12 | Class 41: Organization and arrangement of educational and instructional seminars and conferences regarding legal, medical and political developments and societal attitudes about medical marijuana not including the provision or |

- 5

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
ONE UNION SQUARE, SUITE 2424
600 UNIVERSITY STREET
SEATTLE, WASHINGTON 98101-1192
(206) 464-0404 (SEATTLE)
FACSIMILE (206) 464-0484

| MARK | REG. NO. | REG. DATE | GOODS/SERVICES |
|------|----------|-----------|----------------|
|      |          |           | display of marijuana, marijuana-based preparations, or marijuana extracts or derivatives, synthetic marijuana, or other substances controlled by the controlled substances act; organization and arrangement of exhibitions for educational, cultural and entertainment purposes regarding legal, medical, and political developments and societal attitudes about medical marijuana not including the provision or display of marijuana, marijuana-based preparations, or marijuana extracts or derivatives, synthetic marijuana, or other substances controlled under the controlled substances act; organization and arrangement of musical exhibitions |

17.     Registration Numbers 2,289,974, 2,581,279, 1,883,561, 2,766,982, 2,386,838, 3,025,055, 2,856,379 are incontestable.

18.     Plaintiff is also the owner of a number of domain names which incorporate the HIGH TIMES Marks and/or Plaintiff's CANNABIS marks, including, HIGHTIMES.COM, HIGH-TIMES.DE, HIGHTIMESCANNABISCUP.COM, HIGHTIMES-POTLUCK.COM, HIGHTIMESPOTLUCK.COM, MISSHIGHTIMES.COM, MEDICALCANNABISCUP.US, CANNABISCUP.COM and MEDCANCUP.COM.

19.     In addition, Plaintiff has used the HIGH TIMES Marks in connection with the sponsorship and organization of well-known and highly publicized cannabis-themed events and competitions such as the international CANNABIS CUP held annually in Amsterdam since 1987, and the MEDICAL CANNABIS CUP, first held in San Francisco, California in 2010, with subsequent events taking place in Los Angeles, California and Denver, Colorado. In 2005, Plaintiff launched its MISS HIGH TIMES contest, a competition among female

- 6

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
ONE UNION SQUARE, SUITE 2424
600 UNIVERSITY STREET
SEATTLE, WASHINGTON 98101-1192
(206) 464-0404 (SEATTLE)
FACSIMILE (206) 464-0484

readers of the HIGH TIMES magazine, now held annually, which has been hosted in various locations, including Jamaica.  Hereinafter, the CANNABIS CUP, MEDICAL CANNABIS CUP and MISS HIGH TIMES contest are referred to as the "HIGH TIMES Events."

20.     In connection with the HIGH TIMES Events, Plaintiff has entered into agreements with various travel agencies and service providers, including Sun Splash Tours, Wake and Bake Travel and CS Travel whereby such agencies were granted permission to offer travel and other services related to HIGH TIMES Events.

21.     Plaintiff has extensively advertised and promoted its products and services, including its services related to the cannabis-themed HIGH TIMES Events described above, under the HIGH TIMES Marks through various media.

22.     As a result of Plaintiff's widespread use of the HIGH TIMES Marks in connection with its products and services, Plaintiff's substantial investment of time, money and effort in advertising and promoting its HIGH TIMES Marks and the services offered thereunder, and the unsolicited media attention HIGH TIMES and its HIGH TIMES Marks have received, the HIGH TIMES Marks have developed substantial public recognition among members of the consuming public.

23.     As such, the HIGH TIMES Marks operate as unique source identifiers associated with Plaintiff and its product and services and possess significant goodwill of great value to Plaintiff.

**B.   *Defendants' Unlawful Activities***

24.     Upon information and belief, High Times Travel is engaged in the business of promoting and selling cannabis-themed vacation packages via its Internet website, www.hightimestravel.com, available worldwide.  According to Defendants' website, High Times Travel is the "World's only Cannabis Vacation Club," and through the website, Defendants provide travel packages to destinations such as Jamaica, Amsterdam and Denver, locations where Plaintiff hosts, or has hosted, HIGH TIMES Events.  Attached hereto as

- 7

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
ONE UNION SQUARE, SUITE 2424
600 UNIVERSITY STREET
SEATTLE, WASHINGTON 98101-1192
(206) 464-0404 (SEATTLE)
FACSIMILE (206) 464-0484

1   Exhibit A are printouts from Defendants' High Times Travel website and Facebook page.

2       25.     Defendants' High Times Travel trademark and name and the

3   hightimestravel.com domain name (the "Infringing Marks") are nearly identical to and

4   confusingly similar to the HIGH TIMES Marks.  The marks are phonetically and visually

5   similar, differing only by the addition of the common term "travel," and convey the same

6   commercial impression.

7       26.     Upon information and belief, Defendants are attempting to trade upon

8   Plaintiff's intellectual property, reputation and good will by using the Infringing Marks in an

9   effort to mislead the public into thinking that Defendants are affiliated with or licensed by

10  Plaintiff.

11      27.     Given the close similarity between the Infringing Marks and the HIGH TIMES

12  Marks and the services they respectively designate, consumers familiar with Plaintiff's HIGH

13  TIMES magazine and other products and services, including the HIGH TIMES Events, will

14  likely assume, incorrectly, that High Times Travel's services originate with Plaintiff or that

15  there is an affiliation between the parties, or that Plaintiff has sponsored, endorsed, or

16  approved High Times Travel's services.

17      28.     Use of the Infringing Marks in connection with Defendants' services is likely

18  to cause confusion as to the source and origin of Defendants' services and to cause mistake, or

19  to deceive the public by misleading consumers into believing that Defendants' services

20  emanate from, are approved, authorized, endorsed or sponsored by, or are in some way

21  associated or connected with Plaintiff.

22      29.     On information and belief, High Times Travel was aware of Plaintiff's HIGH

23  TIMES Marks prior to use of the Infringing Marks, but nevertheless chose to violate

24  Plaintiff's rights with regard to those marks.

25      30.     On June 12, 2013, Plaintiff's counsel sent a letter to Defendants advising them

26  that their use of the Infringing Marks violated Plaintiff's exclusive rights in the HIGH TIMES

- 8

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
ONE UNION SQUARE, SUITE 2424
600 UNIVERSITY STREET
SEATTLE, WASHINGTON  98101-1192
(206) 464-0404 (SEATTLE)
FACSIMILE (206) 464-0484

Marks, and demanding that Defendants cease any and all use of the Infringing Marks in connection with Defendants' cannabis-themed services and website.  As of yet, Defendants have refused to respond or otherwise comply with Plaintiff's demands.

31.     Defendants' conduct as described above has caused and, unless restrained and enjoined by this Court, will continue to cause irreparable harm to Plaintiff, for which Plaintiff has no adequate remedy at law.

## FIRST CAUSE OF ACTION

### (TRADEMARK INFRINGEMENT AGAINST ALL DEFENDANTS – FEDERAL)

32.     Plaintiff repeats, reiterates and realleges each and every allegation set forth in paragraphs 1 through 31 thereof with the same force and effect as if fully set forth herein.

33.     This claim arises under the provisions the Lanham Act, 15 U.S.C. § 1114(1), and is for infringement of registered trademarks.

34.     Defendants' use of the Infringing Marks is intended to capitalize on the good will and reputation of Plaintiff's registered HIGH TIMES Marks.

35.     The activities of Defendants complained of herein constitute willful and intentional infringement of Plaintiff's HIGH TIMES Marks.

36.     The activities of Defendants complained of herein constitute willful and intentional infringement of Plaintiff's HIGH TIMES Marks in disregard of Plaintiff's rights, and were commenced and have continued in spite of Defendants' knowledge that the unauthorized use of Plaintiff's HIGH TIMES Marks, or a copy or colorable imitation thereof, was, and is, in direct contravention of Plaintiff's rights.

37.     Defendants' use of Plaintiff's HIGH TIMES Marks is likely to cause confusion and mistake in the minds of the purchasing public and, in particular, tends to, and does, create the impression that Defendants' products emanate from, are approved or sponsored by, or are in some way associated or connected with Plaintiff's products and services when, in fact, they are not.

- 9

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
ONE UNION SQUARE, SUITE 2424
600 UNIVERSITY STREET
SEATTLE, WASHINGTON  98101-1192
(206) 464-0404 (SEATTLE)
FACSIMILE (206) 464-0484

38.     Plaintiff has no adequate remedy at law and is suffering immediate and irreparable harm and damage as a result of the acts of Defendants complained of herein in an amount thus far not determined.

**SECOND CAUSE OF ACTION**

**(UNFAIR COMPETITION AGAINST ALL DEFENDANTS – FEDERAL)**

39.     Plaintiff repeats, reiterates and realleges each and every allegation set forth in paragraphs 1 through 38 thereof with the same force and effect as if fully set forth herein.

40.     This claim arises under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), and alleges the use in commerce of false designations of origin in false descriptions in representations.

41.     Defendants have used, and will continue use, in connection with their sale and marketing of products and services, false designations of origin and false designations, words, which tend falsely to describe or represent that such services and products are Plaintiff's services or products or are approved or sponsored by Plaintiff, and/or that Defendants are affiliated, sponsored, owned or controlled by Plaintiff, and have caused or will cause such services and products to enter into commerce with full knowledge of the falsity of such misleading designations of origin in such descriptions and representations, all to the detriment of Plaintiff.

42.     Upon information and belief, Defendants have offered or will offer for sale services and products using copies, or colorable imitations, of Plaintiff's HIGH TIMES Marks with the express intent to cause confusion and mistake, to deceive and mislead the purchasing public, to trade upon the reputation of Plaintiff, and improperly to appropriate the valuable trademark rights of Plaintiff.

43.     Plaintiff has no adequate remedy at law, and is suffering immediate and irreparable harm and damage as a result of the acts of Defendants complained of herein in an amount thus far not determined.

- 10

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
ONE UNION SQUARE, SUITE 2424
600 UNIVERSITY STREET
SEATTLE, WASHINGTON  98101-1192
(206) 464-0404 (SEATTLE)
FACSIMILE (206) 464-0484

**THIRD CAUSE OF ACTION**

**(CYBERPIRACY AGAINST ALL DEFENDANTS – FEDERAL)**

44.     Plaintiff repeats, reiterates and realleges each and every allegation set forth in paragraphs 1 through 43 thereof with the same force and effect as if fully set forth herein.

45.     This claim arises under the provisions of the Lanham Act, 15 U.S.C. § 1125(d), and is for the prevention of cyberpiracy.

46.     Defendants have registered, trafficked in and/or used the Domain Name in a bad faith in an attempt to profit from Plaintiff's HIGH TIMES Marks, which have become distinctive long prior to Defendants' registration of the Domain Name.

47.     Plaintiff has no adequate remedy at law, and is suffering immediate and irreparable harm and damage as a result of the acts of Defendants complained of herein in an amount thus far not determined.

**FOURTH CAUSE OF ACTION**

**(VIOLATION OF THE WASHINGTON STATE CONSUMER PROTECTION ACT)**

48.     Plaintiff repeats, reiterates and realleges each and every allegation set forth in paragraphs 1 through 47 thereof with the same force and effect as if fully set forth herein.

49.     The use by Defendants of the Infringing Marks infringes Plaintiff's HIGH TIMES Marks and constitutes an unfair method of competition in business and an unfair trade practice in business, as well as a fraudulent representation, which are damaging to the public interest in violation of the Washington Consumer Protection Act, R.C.W. § 19.86.020.

50.     The use by Defendants of the Infringing Marks that infringes Plaintiff's HIGH TIMES Marks in connection with cannabis-related travel services has been knowing, willful, and deliberate.

51.     Plaintiff has been and will continue to be irreparably injured by reason of Defendants' unfair methods of competition and unfair trade practices in violation of the Washington Consumer Protection Act.  Such irreparable injury will continue unless the acts

- 11

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
ONE UNION SQUARE, SUITE 2424
600 UNIVERSITY STREET
SEATTLE, WASHINGTON 98101-1192
(206) 464-0404 (SEATTLE)
FACSIMILE (206) 464-0484

1   of Defendants are enjoined during the pendency of this action and thereafter.

2       52.    Plaintiff has been damaged by Defendants' actions in an amount to be proven

3   at trial.

### FIFTH CAUSE OF ACTION

### (UNFAIR COMPETITION – WASHINGTON COMMON LAW AGAINST ALL DEFENDANTS)

7       53.    Plaintiff repeats, reiterates and realleges each and every allegation set forth in

8   paragraphs 1 through 52 thereof with the same force and effect as if fully set forth herein.

9       54.    This claim arises under the common law of the State of Washington relating to

10  trademark infringement and unfair competition.

11      55.    The improper use by Defendants of the Infringing Marks confusingly similar to

12  the HIGH TIMES Marks of Plaintiff, Defendants' misappropriation of Plaintiff's HIGH

13  TIMES Marks, and other unfair activities constitute unfair competition and a violation of the

14  common law rights of Plaintiff under the laws of the State of Washington.

15      56.    The foregoing activities were, and are, likely to cause confusion or mistake

16  among the consumers as to the origin or affiliation of Defendants' unauthorized sales and

17  services.  The unfair competition of Defendants has caused, and will cause, irreparable injury

18  and damage to the business, reputation, and goodwill of Plaintiff.  Such irreparable injury will

19  continue unless the acts of Defendants are enjoined during the pendency of this action and

20  thereafter.

21      57.    Plaintiff has been damaged by Defendants' actions in an amount to be proven

22  at trial.

### SIXTH CAUSE OF ACTION

### (TRADEMARK INFRINGEMENT – WASHINGTON COMMON LAW AGAINST ALL DEFENDANTS)

26      58.    Plaintiff repeats, reiterates and realleges each and every allegation set forth in

- 12

Vandeberg Johnson & Gandara, llp
ATTORNEYS AT LAW
ONE UNION SQUARE, SUITE 2424
600 UNIVERSITY STREET
SEATTLE, WASHINGTON  98101-1192
(206) 464-0404 (SEATTLE)
FACSIMILE (206) 464-0484

paragraphs 1 through 57 thereof with the same force and effect as if fully set forth herein.

59.     This claim arises under the common law of the State of Washington relating to trademark infringement.

60.     The improper use by Defendants of a name and mark confusingly similar to the HIGH TIMES Marks of Plaintiff were, and are, likely to cause confusion or mistake among consumers as the origin or affiliation of Defendants' unauthorized sales, products or services.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment against Defendants as follows:

1.     That a preliminary and permanent injunction be entered against Defendants and their agents, servants, representatives, employees, successors and/or assigns, and all persons or companies in active concert and/or participation with them, preliminarily and permanently enjoining them from (a) using any marks, including but not limited to HIGH TIMES, or any other terms, comprising or containing the term HIGH TIMES alone or with other elements, or any marks confusingly similar to the HIGH TIMES Marks, or which are likely to suggest a connection with Plaintiff, or committing any other act, which falsely represents or which has the effect of falsely representing, that the goods or services of Defendants or of any third party are licensed, authorized by, endorsed or in any way associated with Plaintiff; (b) registering, trafficking, using, advertising, offering to sell or selling the Domain Name, or any other domain name using the term HIGH TIMES or any other confusingly similar domain names; (c) committing any other acts which falsely represent or which have the effect of falsely representing that Defendants and their services are associated with, authorized, endorsed or sponsored by Plaintiff; or (d) otherwise competing unfairly with HIGH TIMES or retaining the benefits of any past unfair competition.

- 13

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
ONE UNION SQUARE, SUITE 2424
600 UNIVERSITY STREET
SEATTLE, WASHINGTON 98101-1192
(206) 464-0404 (SEATTLE)
FACSIMILE (206) 464-0484

1     2.    That pursuant to 15 U.S.C. § 1116(a), Defendants be directed to file with the

2 Court and serve upon Plaintiff, within 30 days after entry of final judgment, a report in

3 writing and under oath setting forth in detail the manner and form in which they have

4 complied with the provisions set forth in Paragraph A;

5     3.    That Defendants be ordered to transfer ownership of the Domain Name to

6 Plaintiff;

7     4.    That Defendants be directed to account to Plaintiff for all gains, profits and

8 advantages derived from their wrongful acts, together with interest therein;

9     5.    That Plaintiff be awarded compensatory damages in an amount to be

10 determined at trial;

11     6.    That as exemplary damages pursuant to 15 U.S.C. §§ 1117(b) and 1125(c)(2),

12 Plaintiff recover from Defendants three times the amount of Defendants' profits or Plaintiff's

13 damages, whichever is greater, for willful infringement;

14     7.    That as further damages pursuant to 15 U.S.C. § 1117(d), Plaintiff recover

15 from Defendants the amount of Defendants' profits, Plaintiff's damages, or an award of

16 statutory damages in amount of $100,000 per domain name, whichever is greater, for

17 violation of 15 U.S.C. § 1125(d)(1);

18     8.    That Plaintiff be awarded treble damages pursuant to RCW 19.86.090 for

19 violation of RCW 19.86.020.

20     9.    That Defendants pay to Plaintiff all costs and expenses incurred in this action,

21 including reasonable attorneys' fees; and

22     10.    Granting Plaintiff such other and further relief as the Court may deem just and

23 proper.

24     Dated this _____ day of July, 2013.

25

26

- 14

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
ONE UNION SQUARE, SUITE 2424
600 UNIVERSITY STREET
SEATTLE, WASHINGTON 98101-1192
(206) 464-0404 (SEATTLE)
FACSIMILE (206) 464-0484

1

Respectfully submitted,

2

VANDEBERG JOHNSON & GANDARA LLP

3

4

By_____

5

Daniel Gandara, WSBA #8635
Attorneys for Plaintiff

6

7

Kieran G. Doyle (*pro hac vice* application to be
filed)

8

Bridget A. Crawford (*pro hac vice* application to
be filed)

9

COWAN LIEBOWITZ & LATMAN, P.C.

10

1133 Avenue of the Americas
New York, New York  10036

11

(212)790-9200

12

13

14

15

1411067.1

16

17

18

19

20

21

22

23

24

25

26

- 15

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
ONE UNION SQUARE, SUITE 2424
600 UNIVERSITY STREET
SEATTLE, WASHINGTON  98101-1192
(206) 464-0404 (SEATTLE)
FACSIMILE (206) 464-0484

EXHIBIT A

Case 2:13-cv-01155-JLR   Document 1   Filed 07/03/13   Page 17 of 24







### World's only Cannabis Vacation Club

Cannabis Tourism



Tours start in August
**BOOK NOW!**

Follow us on [f]
Follow us on [t]
Follow us on [in]



High Times Travel is the world's only cannabis vacation club.
Offering exclusive travel options for those who wish to partake in legal consumption of cannabis, while enjoying absolute privacy.

High Times Travel offers tours to cannabis friendly cities across the globe from Seattle, WA to Amsterdam and everywhere in between.



100% Legal Consumption

Seattle, WA - August 16 - 19, 2013
Denver, CO
Kingston, Jamaica
Amsterdam, Netherlands
Barcelona, Spain
Prague, Czech Republic
Australia



High Times Travel LLC, all rights reserved copyright 2013

Travel & Transportation ► Nonlegal Profits      Rating
High Times Travel   |   Seattle, WA 98101   |   800-517-6680

Case 2:13-cv-01155-JLR   Document 1   Filed 07/03/13   Page 18 of 24





**7 Day/ 6 Night Caribbean Cruise Day/ 6 Night Caribbean Cruise**
Bask in the sun on a Caribbean cruise.
When it comes to beautiful beaches and sparkling blue waters, the Caribbean is really in a league of its own.
Enjoy pools, whirlpools, state-of-the-art Fitness center and many other on-board entertainment options.

Choose from the elegant main dining room with fantastic food and attentive wait staff or one of the many other on-board dining options.
Add to your cruise experience with the choice of a variety of shore and land excursions.

**Package includes shipboard accommodations, ocean transportation, most meals, some beverages and most on-board entertainment.

Day 1 - Depart Fort Lauderdale, Florida
Day 2 - Cruising
Day 3 - George Town, Grand Cayman
Day 4 - Falmouth, Jamaica
Day 5 - Labadee, Haiti
Day 6 - Cruising
Day 7 - Fort Lauderdale, Florida





Travel & Transportation ▸ Business Profile     Rating
High Times Travel   |   Seattle, WA 98101   |   800-517-6680







Free
**Caribbean** Cruise | **Book Now &** **Save 20%** | Packages & **Membership** | Travel & **Hotel** | Concerts & **Events**



## NOW BOOKING FOR
## SEATTLE HEMPFEST

### AUGUST 16, 17, 18 & 19, 2013

Book by June 15th and use code CANNABISFREEDOM
to receive 20% off the Membership Package

bookings@hightimestravel.com

We accept all major credit cards















Travel & Transportation » Business Profile     Rating
High Times Travel     |     Seattle, WA 98101     |     800-517-8680

Case 2:13-cv-01155-JLR    Document 1    Filed 07/03/13    Page 20 of 24







High Times Travel is the first and best choice for cannabis tourism.

Enjoy 3 nights at a preferred Seattle hotel offering fine accommodations and a host of amenities, all in an atmosphere of relaxed elegance and sophisticated charm.

Conveniently located in Downtown Seattle and walking distance of many major Seattle attractions, you can easily experience everything Seattle has to offer.





Travel & Transportation > Business Profile    Rating
High Times Travel    |    Seattle, WA 98101    |    800-517-6680



**facebook**

Email or Phone | Password | Log In

☑ Keep me logged in    Forgot your password?

**High Times Travel**
8 likes · 4 talking about this

 👍 Like   ⚙ ▾

Travel/Leisure
Travel site

About


Photos          Likes          👍 8

Highlights ▾

 **High Times Travel**
June 13

Spread the news - we are hiring! - Who wants a job? E-mail me at careers@hightimestravel.com

Like · Comment

 Mohawk Alaka likes this.

**Mohawk Alaka** Applied!
June 26 at 4:00am

 **High Times Travel** shared Marijuana.com's photo.
June 13

Interesting.

http://bit.ly/Cancer-Gate -- Cannabinoid Studies And A U.S. Patent Prove The Feds Know Better...

**Likes**     See All

🏙 **Urban Cultivator**     👍 Like
Kitchen/Cooking

**The Onion**     👍 Like
Media/News/Publishing

**Intoxicated Desserts Alcohol Infused & Gourmet**     👍 Like
**Cupcakes and Confections**
Bakery · Wedding Planning · Cupcake Shop

**Cannabis Energy Drink International**     👍 Like
Food/Beverages

PRO·MIX **PRO-MIX Greenhouse Growing**     👍 Like
Product/Service

**High Times Travel**
June 12

We are hiring!! Interested in a sales job - please e-mail us at Careers@hightimestravel.com

Like · Comment



hose of you who do not believe that there is an ong
ional effort dead set on keeping this free and 100%
ne, along with all organic foods, supplements, and
s from a diseased and dying global population... I a
to BLOW YOUR MINDS......

Like · Comment · Share

 **High Times Travel** shared Karmaceuticals, LLC's photo.
June 12

I like this one!



Like · Comment · Share

 **High Times Travel** shared 420's photo.
June 6

Love this!

| !! TRUE

~Ray.-

 **High Times Travel**
June 12

Help spread the love of High Times Travel!! If we can get up to
200 likes by June 15th we will be giving away a free trip to
HempFest.

Like · Comment

 **High Times Travel** shared 420 Magazine's photo.
June 12

This is so true.

IS TIME FOR GOVERNMENT
O ACKNOWLEDGE THEIR OW
EVIDENCE
ANNABIS PROHIBITIO
HAS FAILED

Like · Comment · Share                     1

 **High Times Travel** shared a link via Cannabis Culture Magazine.
June 12

So happy to see this!

 **Marijuana-Based Medicines Okayed
in France | Cannabis Culture**
www.cannabisculture.com

At the behest of Social Affairs and
Health Minister Marisol Touraine, France
has modified its Public Health Code to

Like · Comment · Share

 **High Times Travel** shared a link via Washington Moms for
Marijuana.
June 6

 **Oregon Senate votes to allow post-
traumatic stress sufferers to use
medical marijuana**
www.oregonlive.com

The floor debate revived the fight over
Oregon's beloved and maligned medical



Like · Comment · Share

 **High Times Travel**
June 6

We are now in business! Accepting reservations for HempFest in Seattle. Will you join us?

Like · Comment

🖒 Mohawk Alaka likes this.

 **Mohawk Alaka** Please tell me you are hiring.
June 11 at 1:33am

 **High Times Travel** Mohawk Alaka - we are hiring!! Please send your resume to careers@hightimestravel.com and help spread the word.
June 11 at 1:19pm

Like · Comment · Share

**High Times Travel** shared Cronic Mag's photo.
June 6

Check this out!



Like · Comment · Share

**High Times Travel** changed their cover photo.
May 26



**High Times Travel** changed their cover photo.
May 29



May 29



Like · Comment · Share



Like · Comment · Share

Find Friends    Badges    People       Pages      Places    Apps     Games    Music
Create Ad       Create Page  Developers  Careers   Privacy  Cookies  Terms    Help

ook © 2013 · English (US)